Randy Baadhio

v.

United States of America

EP-12-CV-129-PRM



## MOTION FOR LEAVE T O SUPPLY ADDITIONAL PROCESS SERVING

## INFORMATION ON CERTAIN DEFENDANTS

In a motion filed on 12-05-12, the attorney for defendants kindly provided the information below to allow for process serving of the remaining defendants:

1. Jimmy Valles (previously mistakenly named "John Valles"): FCI La Tuna, 8500 Doniphan Road, Anthony, TX 7991.

2. Lt. maria Rodriguez: FCC Beckley, 1600 W. Indsutrial Park Road, Beaver, WV 25813.

3. Richard Hollingsworth (previously mistaken as Lt "Hazenworth"): FCC Beaumont—Emergency Preparedness Office, 6200 Knauth Road, Beaumont, TX 77705.

4. Felipe Martinez (previously "Capt. Felipe Martinez): Metropolitan Detention Center, 535 N. Alameda Street, Loas Angeles, CA 90012.

5. Mary Ubinger (this contact was found by Plaintiff): 9917 Eloice Road, El Paso, TX 79924.

Attempts to identify and contact defendants Xi (i= 1, 2, …) are ongoing.

**PROOF OF SERVICE**

I certify that on 12-23-12, a true copy of this document, including the attached proposed

order, was sent first class, US Mail, to Angelica Saenz, Assistant US Attorney, 700 E.

San Antonio, Suite 200, El Paso, TX 79901.


-------------------------------------

Signature: Randy Baadhio

Date: 12-23-12

**Randy Baadhio**

**v.**                                                             **EP-12-CV-129-PRM**

**United States of America**


### ORDER


The Court, having duly considered Plaintiff's motion to supply additional information to process-serve certain defendants:

ORDER that said motion should, and is hereby GRANTED.

Signed on this  ---------------- Day of ----------------, 2012.


-----------------------------------------------

Philip R. Martinez, US District Judge